UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JANE DOE 1**, *et al.*, | : | Case No. 21-cv-10649 |
| | : | |
| | : | Hon. Linda V. Parker |
| Plaintiffs, | : | Mag. Anthony P. Patti |
| | : | |
| v. | : | **UNIVERSITY DEFENDANTS'** |
| | : | **UNOPPOSED MOTION FOR** |
| **EASTERN** | : | **EXTENSION OF TIME TO FILE** |
| **DISTRICT OF** | : | **RESPONSE TO COMPLAINT** |
| **MICHIGAN** | : | |
| **UNIVERSITY** | : | |
| **BOARD OF** | : | |
| **REGENTS**, *et al.*, | : | |
| | | |
| Defendants. | | |

Todd F. Flood
FLOOD LAW, PLLC
155 West Congress, Ste. 603
Detroit, Michigan 48226
(248) 547-1032
tflood@floodlaw.com

*Attorney for Plaintiffs*

Joshua W. B. Richards
SAUL EWING ARNSTEIN &
LEHR LLP
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania  19102
(215) 972-7737
joshua.richards@saul.com

*Attorney for Defendants Eastern Michigan University Board of Regents, Eastern Michigan University Police Department, Melody Werner, Robert Heighes, and Daniel Karrick*

Pursuant to Federal Rule of Civil Procedure 7(b), Defendants Eastern Michigan University Board of Regents, Eastern Michigan University Police Department, Melody Werner, Robert Heighes, and Daniel Karrick (the "University Defendants"), hereby move for an extension of time to respond to the Complaint (ECF No. 1). University Defendants request that the deadline for their response be extended to May 21, 2021. In support of this motion, the University Defendants rely upon the attached brief in support.

In accordance with Local Rule 7.1(a), on April 19, 2021, University Defendants' counsel requested concurrence in the relief requested. Plaintiffs concur in the requested extension.

WHEREFORE, University Defendants respectfully request that the Court grant them an extension of time to May 21, 2021 to respond to the Complaint.

<table>
<tr><td>

April 20, 2021

Todd F. Flood
FLOOD LAW, PLLC
155 West Congress, Ste. 603
Detroit, Michigan 48226
(248) 547-1032
tflood@floodlaw.com

*Attorney for Plaintiffs*

</td><td>

Respectfully submitted,

/s *Joshua W. B. Richards*
Joshua W. B. Richards
SAUL EWING ARNSTEIN & LEHR LLP
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania  19102
(215) 972-7737
joshua.richards@saul.com

*Attorney for Defendants Eastern Michigan University Board of Regents, Eastern Michigan University Police Department, Melody Werner, Robert Heighes, and Daniel Karrick*

</td></tr>
</table>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JANE DOE 1**, *et al.*, | : | Case No. 21-cv-10649 |
| | : | |
| | : | Hon. Linda V. Parker |
| Plaintiffs, | : | Mag. Anthony P. Patti |
| | : | |
| v. | : | **UNIVERSITY DEFENDANTS' BRIEF IN** |
| | : | **SUPPORT OF THEIR UNOPPOSED MOTION** |
| **EASTERN** | : | **FOR EXTENSION OF TIME TO FILE** |
| **MICHIGAN** | : | **RESPONSE TO COMPLAINT** |
| **UNIVERSITY** | : | |
| **BOARD OF** | : | |
| **REGENTS**, *et al.*, | | |

Defendants.

---

Todd F. Flood
FLOOD LAW, PLLC
155 West Congress, Ste. 603
Detroit, Michigan 48226
(248) 547-1032
tflood@floodlaw.com

*Attorney for Plaintiffs*

Joshua W. B. Richards
SAUL EWING ARNSTEIN & LEHR LLP
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
(215) 972-7737
joshua.richards@saul.com

*Attorney for Defendants Eastern Michigan University Board of Regents, Eastern Michigan University Police Department, Melody Werner, Robert Heighes, and Daniel Karrick*

## STATEMENT OF THE ISSUE PRESENTED

1. Should the Court grant University Defendants' unopposed request for an extension of time to respond to the Complaint, making their response due on Friday, May 21, 2021?

**University Defendants assert that the answer is "Yes."**

-2-

On March 24, 2021, Plaintiffs filed a Complaint (ECF No. 1) against Defendants Eastern Michigan University Board of Regents, Melody Werner, Eastern Michigan University Police Department, Robert Heighes, and Daniel Karrick (the "University Defendants").[1]  In light of the length and complexity of the Complaint, and in order to have sufficient time to prepare their response, good cause exists to extend University Defendants' deadline to respond to the Complaint to May 21, 2021.  Plaintiffs concur in University Defendants' request for this relief.

WHEREFORE, University Defendants respectfully request that the Court grant their motion and extend their deadline to respond to the Complaint to May 21, 2021.

---

[1] Plaintiffs also named Alpha Sigma Phi Gamma Upsilon Chapter, Alpha Sigma Phi Fraternity, Inc., Delta Tau Delta Theta XI Chapter, and Delta Tau Delta, Inc. as Defendants in the Complaint.  These Defendants are not party to this Motion.

-3-

April 20, 2021

Respectfully submitted,

/s *Joshua W. B. Richards*
Joshua W. B. Richards
SAUL EWING ARNSTEIN & LEHR LLP
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania  19102
(215) 972-7737
joshua.richards@saul.com

*Attorney for Defendants Eastern Michigan University Board of Regents, Eastern Michigan University Police Department, Melody Werner, Robert Heighes, and Daniel Karrick*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2021, I electronically filed the foregoing motion and brief with the Clerk of the Court using the ECF system which will send notification of such filing to:

> Todd F. Flood
> tflood@floodlaw.com

> /s *Joshua W. B. Richards*
> Joshua W. B. Richards
> SAUL EWING ARNSTEIN & LEHR LLP
> 1500 Market Street, 38th Floor
> Philadelphia, Pennsylvania  19102
> (215) 972-7737
> joshua.richards@saul.com
>
> *Attorney for Defendants Eastern Michigan University Board of Regents, Eastern Michigan University Police Department, Melody Werner, Robert Heighes, and Daniel Karrick*