**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JANE DOE 1, et al.,

     Plaintiffs,

                                          Case No. 21-10649

v.                                         Honorable Linda V. Parker

EASTERN MICHIGAN UNIVERSITY
BOARD OF REGENTS, et al.,

     Defendants.

_____/

**<u>NOTICE TO APPEAR FOR TELEPHONIC STATUS CONFERENCE</u>**

**YOU ARE NOTIFIED TO APPEAR BY TELEPHONE ON**

<mark>**July 6, 2021 at 2:00 PM**</mark> for Telephonic Status Conference.  **Counsel shall call the Court's toll-free conference line at 1-888-808-6929 and use Access Code 8141695.**

                                    s/ Linda V. Parker_____
                                    LINDA V. PARKER
                                    U.S. DISTRICT JUDGE

Dated: June 30, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 30, 2021, by electronic and/or U.S. First Class mail.

                                    s/ A. Flanigan_____
                                    Case Manager