UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOES 1-19,

      Plaintiffs,

                                        Civil Case No. 21-10649
v.                                    Honorable Linda V. Parker

EASTERN MICHIGAN UNIVERSITY
BOARD OF REGENTS, et al.,

      Defendants.
_____/

**<u>ORDER DENYING AS MOOT (1) MOTION TO DISMISS FILED BY DEFENDANTS ROBERT HEIGHES, DANIEL KARRICK, AND MELODY WARNER (ECF NO. 25) AND (2) MOTION FOR JUDGMENT ON THE PLEADINGS FILED BY DEFENDANTS EASTERN MICHIGAN UNIVERSITY BOARD OF REGENTS AND EASTERN MICHIGAN UNIVERSITY POLICY DEPARTMENT (ECF NO. 29)</u>**

      This is a consolidated action filed by a number of Jane Doe Plaintiffs in March and May of this year. Before the matters were consolidated, a motion to dismiss (ECF No. 25) and a motion for judgment on the pleadings (ECF No. 29) were filed. Plaintiffs thereafter filed a consolidated Amended Complaint on September 7, 2021. (ECF No. 50.) As such, the Complaint to which the pending dispositive motions are directed has been superseded and the motions are moot. *See Glass v. The Kellogg Co.*, 252 F.R.D. 367, 368 (W.D. Mich. 2008) (citing cases).

      Accordingly,

**IT IS ORDERED**, that the Motion to Dismiss Plaintiffs' Complaint filed by Robert Heighes, Daniel Karrick, and Melody Werner (ECF No. 25) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Motion for Judgment on the Pleadings filed by Eastern Michigan University Board of Regents and Eastern Michigan University Police Department (ECF No. 29) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: September 8, 2021