# EXHIBIT 12



## Office of Student Conduct and Community Standards

Dear ▮

Thank you for taking the time to talk with me over the phone on Tuesday, February 17, 2015. We had an opportunity to discuss the conduct process at Eastern Michigan University, particularly as it relates to matters of sexual misconduct.

Our office became aware of that you filed a complaint with the Ypsilanti Police Department through our Department of Public Safety alleging sexual assault against an EMU student, ▮. Shortly thereafter, I was able to speak with ▮, Victim Advocate from the University of Toledo. She relayed additional details on your behalf including your interest in participating in our conduct process. She later relayed to me that you did not want to participate in the EMU conduct process at this time. After talking with her, I contacted you so that we could discuss the matter directly. Our conversation took place on February 17, 2015.

During our conversation we discussed your decision not to move forward with the complaint at this time. However, you have informed me that you would like reserve your right to move forward in the future. I would like to contact you in the next couple of weeks to again discuss whether you would like to move forward with the complaint. Please know that the EMU Student Conduct process is available to you should you decide to go forward.

More information about policies, procedures and other resources related to sexual misconduct can be found by visiting the university's Title IX website at www.emich.edu/title-nine/.

Please feel free to contact me at your convenience with any questions or comments. I can be reached via phone at 734.487.2157, or via email at jhernande@emich.edu.

Sincerely,

Jesús Hernández
Office of Student Conduct and Community Standards