# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JANE DOE 1, JANE DOE 2, JANE DOE 3,
JANE DOE 4, JANE DOE 5, JANE DOE 6,
JANE DOE 7, JANE DOE 8, JANE DOE 9,
JANE DOE 10, JANE DOE 11, JANE DOE 12,
JANE DOE 13, JANE DOE 14, JANE DOE 15,
JANE DOE 16, JANE DOE 17 JANE DOE 18
and JANE DOE 19,

      Plaintiffs,

 v.                                           Case No. 21-cv-10649
                                              Hon. Linda V. Parker
EASTERN MICHIGAN UNIVERSITY       Mag. Judge Anthony P. Patti
BOARD OF REGENTS (official capacity
only); MELODY WERNER, in her
official capacity as Eastern Michigan
University's Title IX Director; EASTERN
MICHIGAN UNIVERSITY POLICE
DEPARTMENT, a municipal corporation;
CHIEF OF POLICE ROBERT HEIGHES
(official capacity only); DEPUTY CHIEF
DANIEL KARRICK (official capacity only);
ALPHA SIGMA PHI FRATERNITY-GAMMA
UPSILON CHAPTER; ALPHA SIGMA PHI
FRATERNITY, INC.; SIGMA KAPPA -DELTA
ALPHA CHAPTER; SIGMA KAPPA, INC.,
DELTA TAU DELTA FRATERNITY – THETA XI
CHAPTER; DELTA TAU DELTA, INC.,
THETA CHI-EPSILON MU CHAPTER; and
THETA CHI FRATERNITY, INC.

      Defendants.
_____/

| | |
|---|---|
| TODD F. FLOOD  P58555<br>VINCENT J. HAISHA  P76506<br>JOHN H. MOTT  P81990<br>Flood Law, PLLC<br>155 W. Congress St.<br>Ste. 603<br>Detroit, MI 48227<br>248-547-1032<br>tflood@floodlaw.com<br>vhaisha@floodlaw.com<br>jmott@floodlaw.com | MEGAN A. BONANNI  P52079<br>Pitt McGehee Palmer & Rivers PC<br>As an Interested Party<br>117 W. Fourth Street<br>Suite 200<br>Royal Oak, MI 48067<br>248-398-9800<br>mbonanni@pittlawpc.com |
| MICHAEL D. WEAVER  P43985<br>Plunkett Cooney<br>Co-Counsel for Plaintiffs<br>38505 Woodward Avenue<br>Suite 100<br>Bloomfield Hills, MI 48304<br>248-901-4025<br>mweaver@plunkettcooney.com | JOSHUA I. ARNKOFF P63139<br>Attorney for Defendant Alpha Sigma Phi Fraternity, Inc.<br>4000 Town Center, 9th Floor<br>Southfield, MI 48075<br>(248) 355-4141<br>Joshua.arnkoff@Ceflawyers.com |
| MICHAEL C. OSBORNE<br>JASKIRAN K. SAMRA<br>ELAINE KOBYLECKI<br>Cokinos Young<br>Co-Counsel for Defendant Alpha Sigma Phi Fraternity, Inc.<br>611 Gateway Blvd., Ste. 233<br>South San Francisco, CA 94080<br>(628) 229-9180<br>MOsborne@cokinoslaw.com<br>JSamra@cokinoslaw.com<br>ekobylecki@cokinoslaw.com | THOMAS W. WERNER P67492<br>RICHARD M. MITCHELL P45257<br>Maddin Hauser Roth & Heller, P.C.<br>Attorney for Defendant Alpha Sigma Phi Fraternity-Gamma Upsilon Chapter<br>28400 Northwestern Hwy., 2nd Floor<br>Southfield, MI 48034<br>(248) 351-7067<br>twerner@maddinhauser.com<br>rmitchell@maddinhauser.com |

| | |
|---|---|
| GARY C. ROGERS  P29083<br>Fraser Trebilcock Davis & Dunlap PC<br>Attorneys for Def., Delta Tau Delta Inc<br>124 W. Allegan<br>Suite 1000<br>Lansing, MI  48933<br>(517) 482-5800<br>grogers@fraserlawfirm.com | SCOTT L. MANDEL  P33453<br>HILARY J. STAFFORD  P81897<br>Foster, Swift, Collins & Smith, PC<br>Attorneys for Def Delta Tau Delta Fraternity – Theta Xi Chapter<br>313 S. Washington Square<br>Lansing, MI  48933<br>(517) 371-8185 (Mandel)<br>(517) 371-8111 (Stafford)<br>hstafford@fosterswift.com<br>smandel@fosterswift.com |
| STEVEN F. STAPLETON  P51571<br>CAROLYN M. HORTON  P84635<br>Clark Hill PLC<br>Attorneys for Defs., Sigma Kappa Sorority (incorrectly identified as Sigma Kappa, Inc.) and Sigma Kappa – Delta Alpha Chapter<br>200 Ottawa Ave NW<br>Suite 500<br>Grand Rapids, MI  49503<br>(616) 608-1145  (Stapleton)<br>(616) 608-1114 (Horton)<br>sstapleton@clarkhill.com<br>chorton@clarkhill.com | JOSHUA W. B. RICHARDS<br>BRIDGITTE E. MOTT<br>LEVI R. SCHY<br>Saul Ewing Arnstein & Lehr LLP<br>Attorneys for Defendants Eastern Michigan University Board of Regents, Eastern Michigan University Police Department, Robert Heighes, Daniel Karrick, and Melody Werner<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102-2186<br>(215) 972-7737 (Richards)<br>Joshua.Richards@saul.com<br>(617) 912-0905 (Mott)<br>Bridgitte.Mott@saul.com<br>Levi.Schy@saul.com<br>(215) 972-7777 (Schy) |

## **NOTICE OF PARTIAL SETTLEMENT**

The parties submit this notice to inform the Court that the

Plaintiffs have resolved their claims against Defendants, DELTA TAU DELTA

3

FRATERNITY and DELTA TAU DELTA, INC.  The release documents have been executed by the Plaintiffs who have claims against these Defendants.  A dismissal as it relates to those Defendants will be submitted within 14 days.

        PLUNKETT COONEY

BY:   /s/Michael D. Weaver
       MICHAEL D. WEAVER  P43985
       Co-Counsel for Plaintiffs
       38505 Woodward Avenue
       Suite 100
       Bloomfield Hills, MI  48304
       Tele:  (248) 901-4025
       mweaver@plunkettcooney.com

**PROOF OF SERVICE**

I hereby certify that on December 15, 2021 a copy of Plaintiffs' Notice of Partial Settlement was electronically filed and the attorney(ies) of record received notice via the court's ECF system.

        PLUNKETT COONEY

        **/s/Michael D. Weaver**
        MICHAEL D. WEAVER (P43985)
        Attorney for Defendant
        mweaver@plunkettcooney.com

Open.28453.11036.27718964-1