# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**JANE DOE 13**,

                Plaintiff,

  v.

**EASTERN MICHIGAN UNIVERSITY BOARD OF REGENTS**, *et al.*,

                Defendants.

Case No. 21-cv-10649
Hon. Linda V. Parker
Mag. Anthony P. Patti

| | |
|---|---|
| Todd F. Flood<br>Vincent J. Haisha<br>John H. Mott<br>FLOOD LAW, PLLC<br>155 W. Congress St., Ste. 603<br>Detroit, MI 48227<br>(248) 547-1032<br>tflood@floodlaw.com<br>vhaisha@floodlaw.com<br>jmott@floodlaw.com<br>*Attorneys for Plaintiffs*<br><br>Michael D. Weaver<br>PLUNKETT COONEY, PC<br>38505 Woodward Ave., Ste. 2000<br>Bloomfield Hills, MI 48304<br>(248) 901-4025<br>mweaver@plunkettcooney.com<br>*Attorney for Plaintiffs*<br><br>Megan A. Bonanni | Joshua W. B. Richards<br>Levi Schy<br>SAUL EWING ARNSTEIN &<br>LEHR LLP<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>(215) 972-7737 (Richards)<br>(215) 972-7803 (Schy)<br>joshua.richards@saul.com<br>levi.schy@saul.com<br><br>Brigitte E. Mott<br>SAUL EWING ARNSTEIN &<br>LEHR LLP<br>131 Dartmouth St., Ste. 501<br>(617) 912-0905<br>bridgitte.mott@saul.com<br>*Attorneys for Defendants Eastern*<br>*Michigan University Board of*<br>*Regents, Eastern Michigan*<br>*University Police Department,* |

| | |
|---|---|
| PITT MCGEHEE PALMER & RIVERS PC<br>117 W. Fourth St., Ste. 200<br>Royal Oak, MI 48067<br>(248) 398-9800<br>mbonanni@pittlawpc.com<br>*Interested Party*<br><br>Gary C. Rogers<br>Ryan K. Kauffman<br>FRASER TREBILCOCK DAVIS & DUNLAP, PC<br>124 W. Allegan, Ste. 1000<br>Lansing, MI 48933<br>(517) 482-5800<br>grogers@fraserlawfirm.com<br>rkauffman@fraserlawfirm.com<br>*Attorneys for Defendant Delta Tau Delta, Inc*<br><br>Hillary J. Stafford<br>Scott L. Mandel<br>FOSTER, SWIFT, COLLINS & SMITH PC<br>313 S. Washington Square<br>Lansing, MI 48933<br>(517) 371-8111 (Stafford)<br>(517) 371-8185 (Mandel)<br>hstafford@fosterswift.com<br>smandel@fosterswift.com<br>*Attorneys for Defendant Delta Tau Delta Fraternity Theta Xi Chapter*<br><br>Steven F. Stapleton<br>Carloyn M. Horton<br>CLARK HILL PLC<br>200 Ottawa Ave. NW, Ste. 500<br>Grand Rapids, MI 49503<br>(616) 608-1145 (Stapleton) | *Melody Werner, Kyle Martin, Robert Heighes, and Daniel Karrick*<br><br>Joshua A. Arnkoff<br>COLLINS EINHORN FARRELL PC<br>4000 Town Center, Ste. 909<br>Southfield, MI 48075<br>(248) 355-4141<br>joshua.arnkoff@ceflawyers.com<br>*Attorney for Defendant Alpha Sigma Phi Fraternity, Inc.*<br><br>Michael C. Osborne<br>Jaskiran K. Samra<br>Elaine Kobylecki<br>COKINOS YOUNG<br>611 Gateway Blvd., Ste. 233 South<br>San Francisco, CA 94080<br>(628) 229-9180<br>mosborne@cokinoslaw.com<br>jsamra@cokinoslaw.com<br>ekobylecki@cokinoslaw.com<br>*Attorneys for Defendants Alpha Sigma Phi Fraternity, Inc. and Theta Chi Fraternity, Inc.*<br><br>Richard M. Mitchell<br>Thomas M. Werner<br>MADDIN HAUSER ROTH & HELLER P.C.<br>28400 Northwestern Hwy., 2nd Fl.<br>Southfield, MI 48034<br>(248) 351-7067<br>rmitchell@maddinhauser.com<br>twerner@maddinhauser.com<br>*Attorneys for Defendants Alpha Sigma Phi Fraternity Gamma* |

| | |
|---|---|
| (616) 608-1114 (Horton)<br>sstapleton@clarkhill.com<br>chorton@clarkhill.com<br>*Attorneys for Defendants Sigma Kappa – Delta Alpha Chapter and Sigma Kappa, Inc.* | *Upsilon Chapter and Theta Chi Fraternity – Epsilon Mu Chapter* |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO SIGMA KAPPA SORORITY AND SIGMA KAPPA – DELTA ALPHA CHAPTER

The Court being duly advised in the premises,

**IT IS HEREBY ORDERED** that Sigma Kappa Sorority (incorrectly identified as Sigma Kappa, Inc.) and Sigma Kappa – Delta Alpha Chapter only are dismissed from this action with prejudice and without costs.

This is not a final order and does not close the case.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: May 18, 2022

Stipulated as to form and content:

*/s/ Todd F. Flood*
Todd F. Flood
Vincent J. Haisha
John H. Mott
FLOOD LAW, PLLC
155 W. Congress St., Ste. 603
Detroit, MI 48227
(248) 547-1032

3

        tflood@floodlaw.com
        vhaisha@floodlaw.com
        jmott@floodlaw.com

        Michael D. Weaver
        PLUNKETT COONEY, PC
        38505 Woodward Ave., Ste. 2000
        Bloomfield Hills, MI 48304
        (248) 901-4025
        mweaver@plunkettcooney.com

        ***On behalf of Plaintiffs***


        */s/ Steven F. Stapleton*
        Steven F. Stapleton
        Carloyn M. Horton
        CLARK HILL PLC
        200 Ottawa Ave. NW, Ste. 500
        Grand Rapids, MI 49503
        (616) 608-1145 (Stapleton)
        (616) 608-1114 (Horton)
        sstapleton@clarkhill.com
        chorton@clarkhill.com

        ***On behalf of Defendants Sigma Kappa Sorority and Sigma Kappa - Delta Alpha Chapter***

Dated: May 18, 2022