UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE 1, JANE DOE 2, JANE DOE 3,
JANE DOE 4, JANE DOE 5, JANE DOE 6,
JANE DOE 7, JANE DOE 8, JANE DOE 9,
JANE DOE 10, and JANE DOE 11,

      Plaintiffs,

v.

EASTERN MICHIGAN UNIVERSITY BOARD
OF REGENTS (official capacity only); MELODY
WERNER, in her official capacity as Eastern
Michigan Title IX Director; KYLE MARTIN, in his
Official capacity as Eastern Michigan University's
Greek Life Coordinator, and individual capacity;
EASTERN MICHIGAN UNIVERSITY POLICE
DEPARTMENT, a Municipal corporation; CHIEF
OF POLICE ROBERT HEIGHES in his official capacity
and individual capacity; DEPUTY CHIEF DANIEL
KARRICK, in his official and individual capacity; ALPHA
SIGMA PHI FRATERNITY – GAMMA UPSILON
CHAPTER; ALPHA SIGMA PHI FRATERNITY, INC.;
DELTA TAU DELTA FRATERNITY – THETA XI
CHAPTER; and DELTA TAU DELTA, INC.; SIGMA
KAPPA SORORITY – DELTA ALPHA CHAPTER;
SIGMA KAPPA, INC.; THETA CHI – EPISOLON MU
CHAPTER; THETA CHI FRATERNITY, INC.;

      Defendants.

Case No. 21-cv-10649

Hon. Linda V. Parker

---

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
AS TO ALPHA SIGMA PHI FRATERNITY, INC. AND ALPHA SIGMA PHI
FRATERNITY – GAMMA UPSILON CHAPTER**

    The Court being duly advised in the premises,

{03725512 v1}

IT IS HEREBY ORDERED that Defendants Alpha Sigma Phi Fraternity, Inc. and Alpha Sigma Phi Fraternity – Gamma Upsilon Chapter only are dismissed from this action with prejudice and without costs.

This is not a final order and does not close the case.

**SO ORDERED.**

    s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: February 10, 2023
Stipulated as to form and content:

| | |
|---|---|
| FLOOD LAW, PLLC | MADDIN HAUSER ROTH & HELLER, P.C. |
| */s/ Todd F. Flood with consent* | */s/ Richard M. Mitchell* |
| TODD F. FLOOD (P58555) | RICHARD M. MITCHELL (P45257) |
| Attorneys for Plaintiffs | Attorneys for Defendants Alpha Sigma Phi Fraternity, Inc. and Alpha Sigma Phi Fraternity – Gamma Upsilon Chapter |
| 155 W. Congress Street, Suite 603 | |
| Detroit, MI 48227 | 28400 Northwestern Highway, 2nd Floor |
| (248) 547-1032 | Southfield, MI 48034 |
| tflood@floodlaw.com | (248) 827-1875 / (248) 359-6175 (fax) |
| | rmitchell@maddinhauser.com |

COKINOS | YOUNG

*/s/ Michael C. Osborne with consent*
MICHAEL C. OSBORNE
Attorneys for Defendants Alpha Sigma Phi Fraternity, Inc. and Alpha Sigma Phi Fraternity – Gamma Upsilon Chapter
611 Gateway Blvd., Suite 233
San Francisco, CA 9408 0
(628) 229-9180
MOsborne@cokinoslaw.com

Dated: February 10, 2023

{03725512 v1}