UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JANE DOE 1,** *et al.* | : | Case No. 21-cv-10649 |
| | : | |
| Plaintiffs, | : | |
| | : | Hon. Linda V. Parker |
| v. | : | Mag. Anthony P. Patti |
| | : | |
| **EASTERN MICHIGAN** | : | |
| **UNIVERSITY BOARD OF** | : | **STIPULATED ORDER APPOINTING** |
| **REGENTS,** *et al.* | : | **THE HONORABLE AMY** |
| | : | **HATHAWAY (RET.) AS** |
| | : | **DESIGNATED ALLOCATOR** |
| Defendants. | : | |
| | : | |

---

Todd F. Flood
Vincent J. Haisha
John H. Mott
FLOOD LAW, PLLC
155 West Congress, Ste. 603
Detroit, Michigan 48226
(248) 547-1032
tflood@floodlaw.com
vhaisha@floodlaw.com
jmott@floodlaw.com

*Attorneys for Plaintiffs*

Michael D. Weaver
Plunkett & Cooney (Bloomfield Hills)
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304
(248) 901-4000
mweaver@plunkettcooney.com

Joshua W. B. Richards
Levi R. Schy
SAUL EWING LLP
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
(215) 972-7737
joshua.richards@saul.com
levi.schy@saul.com

Bridgitte E. Mott
SAUL EWING LLP
131 Dartmouth Street, Suite 501
Boston, Massachusetts 02116
(617) 912-0905
bridgitte.mott@saul.com

*Attorneys for Defendants Eastern Michigan University Board of Regents, Eastern Michigan University Police Department, Melody Werner,*

| | |
|---|---|
| *Attorney for Plaintiffs*<br>Megan Bonanni<br>Pitt McGehee Palmer & Rivers, PC<br>117 W. Fourth Street, Suite 200<br>Royal Oak, MI 48067-3804<br>248-398-9800<br>mbonanni@pittlawpc.com<br><br>*Attorney for Plaintiffs* | *Robert Heighes, Kyle Martin, and Daniel Karrick* |

## STIPULATED ORDER APPOINTING THE HONORABLE AMY HATHAWAY (RET.) AS DESIGNATED ALLOCATOR

1.  The Court having been informed that the Plaintiffs, namely, Jane Does 1–19, and the EMU Defendants[1] have reached an agreement in principle to amicably resolve the above-referenced cases;

2.  It being in the interests of justice for a designated allocator to be appointed to administer the distribution of any settlement proceeds to the Plaintiffs and other impacted claimants;

3.  Judge Amy Hathaway (Ret.) has agreed to serve as allocator and perform a comprehensive review of all relevant claims, including, but not limited to the nature of the assault, claimant risk and resiliency factors, and post-assault mental/physical impact, and Judge Amy Hathaway (Ret.)'s resume is attached hereto; and, therefore,

It is ORDERED that Judge Amy Hathaway (Ret.) be, and is hereby appointed by the Court to serve as the designated allocator of settlement proceeds in

---

[1] The term "EMU Defendants" refers collectively to the following defendants named in Case No. 21-cv-10649 and Case No. 21-12095: Eastern Michigan University Board of Regents, Eastern Michigan University Police Department, Melody Werner (in her individual and official capacities), Kyle Martin (in his individual and official capacities), Daniel Karrick (in his individual and official capacities), and Robert Heighes (in his individual and official capacities).

3

accordance with any and all agreements by or among the parties to this civil action.

**SO ORDERED.**

                                               s/ Linda V. Parker
                                               LINDA V. PARKER
                                               U.S. DISTRICT JUDGE

Dated: September 28, 2023

Notice and hearing on entry of the above Order is waived.

/s/ Todd Flood (by consent 9/21/23)
Todd F. Flood
Vincent J. Haisha
John H. Mott
FLOOD LAW, PLLC
155 West Congress, Ste. 603
Detroit, Michigan 48226
(248) 547-1032
tflood@floodlaw.com
vhaisha@floodlaw.com
jmott@floodlaw.com

*Attorneys for Plaintiffs*

/s/ Michael Weaver (by consent 9-20-23)
Michael D. Weaver
Plunkett & Cooney (Bloomfield Hills)
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304
(248) 901-4000
mweaver@plunkettcooney.com

*Attorney for Plaintiffs*

/s/ Megan Bonanni (by consent 9-20-23)
Megan Bonanni
Pitt McGehee Palmer & Rivers, PC
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067-3804
248-398-9800
mbonanni@pittlawpc.com

*Attorney for Plaintiffs*

/s/ Joshua Richards (by consent 9/20/23)
Joshua W. B. Richards
Levi R. Schy
SAUL EWING LLP
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
(215) 972-7737
joshua.richards@saul.com
levi.schy@saul.com

Bridgitte E. Mott
SAUL EWING LLP
131 Dartmouth Street, Suite 501
Boston, Massachusetts 02116
(617) 912-0905
bridgitte.mott@saul.com

*Attorneys for Defendants Eastern Michigan University Board of Regents, Eastern Michigan University Police Department, Melody Werner, Robert Heighes, Daniel Karrick, and Kyle Martin*

5

**AMY HATHAWAY, PLC**
1022 Buckingham Road
Grosse Pointe Park, Michigan 48230
(313) 600-6601

## EMPLOYMENT

FACILITATOR
State of Michigan                               February 2014 – Present
- Facilitate and arbitrate civil claims, including but not limited to no fault, automobile negligence, medical malpractice, and contractual claims.

JUDGE, THIRD JUDICIAL CIRCUIT
Wayne County, Michigan                      January 1995 – February 2014
- Jurisdiction includes claims of equity, civil claims in excess of $25,000, and felonious criminal matters.

JUDGE, COURT OF APPEALS
State of Michigan                               1997
- Circuit Judge sitting on the Court of Appeals by assignment in 1997.

COUNTY OF WAYNE, ASSISTANT CORPORATION COUNSEL
Detroit, Michigan                               February 1992 – December 1994
- Practice included: plaintiff and defense litigation matters in Federal, Circuit, District and Probate courts, as well as transactional work, drafting ordinances, and tax matters.

DYKEMA GOSSETT PLLC
Detroit, Michigan                               January 1985 – January 1992
- Associate Attorney – Corporate, Acquisitions and Mergers, August 1987 – January 1992
- Summer Associate, May 1986 – August 1986
- Paralegal January 1985 – May 1986.

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Detroit, Michigan                               August 1982 – December 1984
- Paralegal

## EDUCATION

UNIVERSITY OF DETROIT MERCY SCHOOL OF LAW
Detroit, Michigan                               Juris Doctor, May 1987
- President, Student Bar Association, 1985 – 1987
- Staff Writer, Michigan Business Journal, 1985 – 1987

THE INSTITUTE OF PARALEGAL TRAINING
Philadelphia, Pennsylvania              1982
- Corporate Finance and Business Law Certificate

MARSHALL UNIVERSITY
Huntington, West Virginia               B.A. Education, December 1981
- Honors: Gamma Beta Phi Honors Society, Dean's List, and Competitive Scholarship

## MEMBER ASSOCIATIONS

Member, State Bar of Michigan
Former Member, Governor's Task Force for Justice for Children
Former Member, Constitutional Law Committee, State Bar of Michigan
Former Board of Directors and Vice-President of First Step, Western Wayne County Domestic Violence Shelter
Former Board of Directors of Barristers' of Detroit Bar Association (1991 Barrister of the Year)