**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JANE DOE 1,** *et al.* | : | Case No. 21-cv-10649 |
| Plaintiffs, | : | |
| v. | : | Hon. Linda V. Parker<br>Mag. Anthony P. Patti |
| **EASTERN MICHIGAN UNIVERSITY BOARD OF REGENTS,** *et al.* | : | |
| Defendants. | : | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The undersigned Parties hereby stipulate to the following:

1. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate that this entire action shall be dismissed with prejudice.

2. The Parties stipulate further that each side shall bear all of their own costs and fees, including all attorneys' fees.

Dated: October 27, 2023

Respectfully submitted,

/s/ Todd Flood (by consent 10-27-23)
Todd F. Flood
Vincent J. Haisha

/s/ Joshua Richards (by consent 10-27-23)
Joshua W. B. Richards
Levi R. Schy

John H. Mott
FLOOD LAW, PLLC
155 West Congress, Ste. 603
Detroit, Michigan 48226
(248) 547-1032
tflood@floodlaw.com
vhaisha@floodlaw.com
jmott@floodlaw.com

*Attorneys for Plaintiffs*

/s/ Michael Weaver (by consent 10-26-23
Michael D. Weaver
Plunkett & Cooney (Bloomfield Hills)
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304
(248) 901-4000
mweaver@plunkettcooney.com

*Attorney for Plaintiffs*

/s/Megan Bonanni (by consent 10-26-23)
Megan Bonanni
Pitt McGehee Palmer & Rivers, PC
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067-3804
248-398-9800
mbonanni@pittlawpc.com

*Attorney for Plaintiffs*

SAUL EWING LLP
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
(215) 972-7737
joshua.richards@saul.com
levi.schy@saul.com

/s/ Bridgitte Mott (by consent 10-27-23)
Bridgitte E. Mott
SAUL EWING LLP
131 Dartmouth Street, Suite 501
Boston, Massachusetts 02116
(617) 912-0905
bridgitte.mott@saul.com

*Attorneys for Defendants Eastern Michigan University Board of Regents, Eastern Michigan University Police Department, Melody Werner, Robert Heighes, Kyle Martin, and Daniel Karrick*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JANE DOE 1,** *et al.* | : | Case No. 21-cv-10649 |
| Plaintiffs, | : | |
| v. | : | Hon. Linda V. Parker<br>Mag. Anthony P. Patti |
| **EASTERN MICHIGAN UNIVERSITY BOARD OF REGENTS,** *et al.* | : | |
| Defendants. | : | |

**<u>ORDER OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to a Stipulation of Voluntary Dismissal with Prejudice dated October 27, 2023, the Court orders that this entire action shall be dismissed with prejudice, and that each party shall bear all of their own costs and fees, including all attorneys' fees. The Clerk of Court is directed to close this case.

**SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: October 27, 2023